**No. 11-70. Judy Prescott Barnett, Petitioner v. Robert E. Carberry, et al.**

565 U.S. 881, 132 S. Ct. 248, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5590.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 420 Fed. Appx. 67.

**No. 11-72. FirstBank Puerto Rico, Inc., et al., Petitioners v. La Vida Merger Sub, et al.**

565 U.S. 881, 132 S. Ct. 248, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5597.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 638 F.3d 37.

**No. 11-73. Stanley R. Siler, Petitioner v. United States.**

565 U.S. 881, 132 S. Ct. 249, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5396.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 416 Fed. Appx. 907.

**No. 11-75. C & J Coupe Family Limited Partnership, Petitioner v. County of Hawaii, et al.**

565 U.S. 881, 132 S. Ct. 249, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5228.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Hawaii denied.

Same case below, 124 Hawaii 281, 242 P.3d 1136.

**No. 11-76. S. M. Pires, Petitioner v. Frota Oceanica Brasileira, S.A. (two judgments).**

565 U.S. 881, 132 S. Ct. 249, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5319.

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

**No. 11-78. Real Estate Innovations, Inc., Petitioner v. Houston Association of Realtors, Inc., et al.**

565 U.S. 881, 132 S. Ct. 249, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5800.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 422 Fed. Appx. 344.

**No. 11-81. Alan Gerhart, Petitioner v. Lake County, Montana, et al.**

565 U.S. 881, 132 S. Ct. 249, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5784.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 637 F.3d 1013.

**No. 11-87. Gregory Carter, Petitioner v. University of Hawaii.**

565 U.S. 881, 132 S. Ct. 249, 181 L. Ed. 2d 143, 2011 U.S. LEXIS 5499.

October 3, 2011. Petition for writ of certiorari to the Intermediate Court of Appeals of Hawaii denied.

Same case below, 130 Hawaii 349, 310 P.3d 1050.